No. 10–7860.   MALDONADO-DELGADO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 10–7862.   CARROLL v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.